| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **WilksLaw**<br>**Misty Wilks #196327**<br>**3818 Crenshaw Blvd # 445**<br>**Los Angeles, CA 90008**<br>**(323) 540-4633 \| (877) 264-8779**<br>**misty@wilkslawoffice.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>**ARCHANA E DAWSON** | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1.  ☑  I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☑  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  **09/30/2025**   **ARCHANA E DAWSON**
                        Printed name of Debtor 1                        Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                          Printed name of Debtor 2                  Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

PET JOY BOUTIQUE AND SPA
11720 BARRINGTON CT.
LOS ANGELES, CA 90049


ARCHANA E DAWSON


Direct Deposit

---

| **Employee Pay Stub** | Check number: DD1288 | | | Pay Period: 07/14/2025 - 07/27/2025 | | Pay Date: 07/30/2025 |

| **Employee** | | | | | **SSN** | |

ARCHANA E DAWSON,

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hourly | 37:12 | 32.50 | 1,209.00 | 20,785.94 | | Checking - ********9409 | | | 1,424.57 |
| Sick Hourly | 2:00 | 32.50 | 65.00 | 736.66 | | **Sick Time** | **Accrued** | **Used** | **Available** |
| Reported Paycheck Tips | | | 568.73 | 8,686.22 | | | | | |
| | 39:12 | | 1,842.73 | 30,208.82 | | Current | 1:14 | 2:00 | 0:47 |
| **Taxes** | | | **Current** | **YTD Amount** | | YTD | 1:14 | 22:40 | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | **Memo** | | | |
| Federal Withholding | | | -143.00 | -2,519.00 | | Direct Deposit | | | |
| Social Security Employee | | | -114.25 | -1,872.95 | | | | | |
| Medicare Employee | | | -26.72 | -438.03 | | | | | |
| CA - Withholding | | | -41.07 | -830.66 | | | | | |
| CA - Disability Employee | | | -22.12 | -362.51 | | | | | |
| | | | -347.16 | -6,023.15 | | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | | |
| Cash Advance Repayment | | | -71.00 | -851.00 | | | | | |
| **Net Pay** | | | **1,424.57** | **23,334.67** | | | | | |

PET JOY BOUTIQUE AND SPA, 11720 BARRINGTON CT., LOS ANGELES, CA 90049, UNJ CORPORATION, INC

PET JOY BOUTIQUE AND SPA
11720 BARRINGTON CT.
LOS ANGELES, CA 90049

ARCHANA E DAWSON

Direct Deposit

---

| **Employee Pay Stub** | | Check number: DD1294 | | Pay Period: 07/28/2025 - 08/10/2025 | | Pay Date: 08/13/2025 |

| **Employee** | | | | **SSN** | | |

ARCHANA E DAWSON

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 53:18 | 32.50 | 1,732.25 | 22,518.19 |
| Sick Hourly | 1:00 | 32.50 | 32.50 | 769.16 |
| Reported Paycheck Tips | | | 713.56 | 9,399.78 |
| | 54:18 | | 2,478.31 | 32,687.13 |

| Direct Deposit | Amount |
|---|---|
| Checking - ********9409 | 1,879.40 |

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 1:47 | 1:00 | 0:47 |
| YTD | 1:47 | 23:40 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -223.00 | -2,742.00 |
| Social Security Employee | -153.65 | -2,026.60 |
| Medicare Employee | -35.93 | -473.96 |
| CA - Withholding | -85.59 | -916.25 |
| CA - Disability Employee | -29.74 | -392.25 |
| | -527.91 | -6,551.06 |

**Memo**

Direct Deposit

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Cash Advance Repayment | -71.00 | -922.00 |
| **Net Pay** | **1,879.40** | **25,214.07** |

PET JOY BOUTIQUE AND SPA, 11720 BARRINGTON CT., LOS ANGELES, CA 90049, UNJ CORPORATION, INC

PET JOY BOUTIQUE AND SPA
11720 BARRINGTON CT.
LOS ANGELES, CA 90049

ARCHANA E DAWSON

Direct Deposit

| **Employee Pay Stub** | | Check number: DD1300 | | | Pay Period: 08/11/2025 - 08/24/2025 | | Pay Date: 08/27/2025 |
|---|---|---|---|---|---|---|---|

**Employee**

ARCHANA E DAWSON

**SSN**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 49:33 | 32.50 | 1,610.38 | 24,128.57 |
| Sick Hourly | 1:00 | 32.50 | 32.50 | 801.66 |
| Reported Paycheck Tips | | | 710.26 | 10,110.04 |
| | 50:33 | | 2,353.14 | 35,040.27 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -204.00 | -2,946.00 |
| Social Security Employee | -145.90 | -2,172.50 |
| Medicare Employee | -34.12 | -508.08 |
| CA - Withholding | -74.76 | -991.01 |
| CA - Disability Employee | -28.23 | -420.48 |
| | -487.01 | -7,038.07 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Cash Advance Repayment | -70.47 | -992.47 |

| **Net Pay** | **1,795.66** | **27,009.73** |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ********9409 | 1,795.66 |

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 1:39 | 1:00 | 1:26 |
| YTD | 1:39 | 24:40 | |

**Memo**

Direct Deposit

PET JOY BOUTIQUE AND SPA, 11720 BARRINGTON CT., LOS ANGELES, CA 90049, UNJ CORPORATION, INC