Certificate Number: 14912-CAC-DE-040174879

Bankruptcy Case Number: 25-18744



14912-CAC-DE-040174879

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2025, at 11:12 o'clock PM EDT, Archana Dawson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   October 7, 2025                By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title: Counselor